# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2809

_____

Angela Owens,                              *
                                           *
            Appellant,                     *
                                           *   Appeal from the United States
      v.                                   *   District Court for the
                                           *   Eastern District of Arkansas.
Alltel Communications, Inc.,               *
                                           *   [UNPUBLISHED]
            Appellee.                      *

_____

Submitted: September 5, 2008
Filed: September 23, 2008

_____

Before MURPHY, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Angela Owens appeals the district court's[1] adverse grant of summary judgment in her Title VII discrimination action. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Owens, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we conclude summary judgment was proper. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.